In the Matter of the Application of Bessie F. Sanford, Respondent. United States Fidelity & Guaranty Company, as Surety, Appellant.— Order granting motion of a former incompetent to sue the United States Fidelity & Guaranty Company, as surety on the bond of the former committee, and denying the cross motion of the surety company for an order directing the County Clerk

of Suffolk County to file an original order of Justice CHARLES J. DRUHAN, dated November 2, 1927, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.